

# JUDGMENT

# Court of Appeals

# First District of Texas

NO. 01-14-00501-CR

ANDREW OLEVIA JONES, Appellant

V.

THE STATE OF TEXAS, Appellee

Appeal from the 338th District Court of Harris County (Tr. Ct. No. 1390646)

The cause heard today by the Court is an appeal from the judgment signed by the court below on May 14, 2014. After inspecting the record of the court below, it is the opinion of this Court that it has no jurisdiction over the appeal. It is therefore **CONSIDERED, ADJUDGED, and ORDERED** that the appeal be dismissed.

The Court **orders** that this decision be certified below for observance.

Judgment rendered April 14, 2015.

Judgment rendered by panel consisting of Justices Keyes, Bland, and Massengale.